**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF CONTINUING ABATEMENT

Appellate case name:     Brodereck Hearne v. The State of Texas

Appellate case number:   01-12-00243-CR

Trial court case number: 1330405

Trial court:             230th District Court of Harris County

On August 20, 2012, this case was abated so that the trial court could appoint appellate counsel. The appointment was due in this Court by September 5, 2012. No appointment has been received.

We hereby direct the trial court to appoint appellate counsel for appellant in writing, and direct that the written order appointing counsel be submitted to this Court in a supplemental clerk's record **within 5 days of the date of this order**.

The appeal continues in abatement, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record containing the trial court's written order appointing counsel is filed in this Court.

It is so ORDERED.

Judge's signature: /s/ <u>Justice Rebeca Huddle</u>

Date: September 25, 2012